UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cymeyon Hill,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kathleen Allison, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00718-KJM-EFB<br><br>ORDER |

On June 10, 2022, the court adopted the magistrate judge's findings and recommendations, ordering the plaintiff to pay the filing fee. ECF No. 11. Plaintiff filed a motion for reconsideration, ECF No. 12, and objections to the court's order, ECF No. 13.

A motion for reconsideration or relief from a judgment is appropriately brought under either Rule 59(e) or Rule 60(b). *Fuller v. M.G. Jewelry*, 950 F.2d 1437, 1442 (9th Cir. 1991) (citation omitted). The filing is timely under both rules. Fed. R. Civ. P. 59(e) (setting a 28-day window to file the motion); Fed. R. Civ. P. 60(c)(1) (motion must be "made within a reasonable time"). Under Rule 59(e), three grounds may justify reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error or prevent manifest injustice. *See Kern-Tulare Water Dist. v. City of Bakersfield*, 634 F. Supp. 656, 665 (E.D. Cal. 1986). Under Rule 60(b), the court may grant reconsideration of a final judgment and any order based on, among other things: (1) mistake, inadvertence, surprise, or excusable

1

neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within ten days of entry of judgment; and (3) fraud, misrepresentation, or misconduct of an opposing party. Relief under Rule 60(b) should not be granted absent "extraordinary circumstances" showing a significant change in facts or law. *Delay v. Gordon*, 475 F.3d 1039, 1044 (9th Cir. 2007) (citation omitted). Similarly, Local Rule 230(j)(3)–(4) requires that a movant seeking reconsideration identify "what new or different facts or circumstances" exist, or any other grounds, to justify reconsideration of a court's prior order.

Plaintiff does not meet the standard for reconsideration; thus, the court **denies his motion (ECF No. 12),** rendering his objections **moot (ECF No. 13)**. The court grants the plaintiff one last chance to pay the $402 filing fee. If the plaintiff does not pay the fee within fourteen days from the date of this order, the action will be dismissed. This matter is referred back to the magistrate judge for any further proceedings.

IT IS SO ORDERED.

DATED: July 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE