UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:22-cv-00718-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff, a civil detainee, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 22, 2023, the Court denied plaintiff's application for leave to proceed in forma pauperis and granted plaintiff fourteen days within which to pay the $402 filing fee for this action. ECF No. 20. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. *Id.* Plaintiff has not paid the fee.

Accordingly, IT IS ORDERED that this action is DISMISSED.

DATED: April 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1